FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

FILED
2020 MAR 30 PH 2:37
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

Jordan Arnold Goodwin
(Enter above the full name of the plaintiff in this action)

vs.

APA Parole Board

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO. 1:20 CV 673

JUDGE JUDGE OLIVER

COMPLAINT

MAG. JUDGE BAUGHMAN

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☑

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs _____

   Defendants _____

2. Court (if federal court, name the district; if state court, name the county)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit_____

7. Approximate date of disposition_____

II. Place of Present Confinement_____

A. Is there a prisoner grievance procedure in this institution? YES ☐ NO ☑

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
YES ☐ NO ☑

C. If your answer is YES,

1. What steps did you take?_____

_____

2. What was the result?_____

_____

D. If your answer is NO, explain why not because it's a county matter

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
YES ☐ NO ☑

F. If your answer is YES,

1. What steps did you take?_____

_____

2. What was the result?_____

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if a

A. Name of the Plaintiff JORDAN Goodwin
   Address P.O. Box 5600 Cleveland Cuyahoga County Jail. 44101

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Toney Lucadett is employed as PRC Officer at Cuyahoga Justice Center/Parole

C. Additional Defendants N/A / May 16th 2020

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

PRC by law have 7-14 Buisness days to lift Hold/Which stated in the Cuyahoga County Building Website Info that it was lifted but I am here on a ileagle Hold Well over 30/days and 2 weeks so far and it wasn't resolved within that time frame, and I'm still incarcerated without any leagle cause!

- 4 -

(Statement of Claim Continued)

I'm also In danger of my health do to the new virus that entered the Cuyahoga county state building, now I don't want to get enfected by it ecspeacely when by law that my time in here should not be! I know the law well enough to know that I should and suppose to be released. I'm also Mentally disable but not been getting my SSI benefits well over a year now- which I had to appeal 3 times while incarcerated, and this inhumane condition, my living arrangments are violated because I'm in a one man cell with one other person and I found out that's it's also ileagle as well as this treatment they have which is- so they call it Red Zone which you've might have heard through Fox 8 reporters, If I survive this horable disease called coronovirus!

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I would like the court to grant me 75$ everyday that I should have had my liberity which is very heard $ to substain in these times of living conditions thank you sincerly Honesty.

Signed this Sat day of March, 19 2020

I declare under penalty of perjury that the foregoing is true and correct.

Sat 14, 2020
(Date)

Jordan R. Goodwin
(Signature of Plaintiff)

If the answer is "yes" state the amount paid or credited to you each month.

3. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or other form of self-employment?
        ___ yes  √ no

    b. Rent payments, interest or dividends?
        ___ yes  √ no

    c. Pensions, annuities or life insurance payments?
        ___ yes  √ no

    d. Gifts or inheritances?
        ___ yes  √ no

    e. Any other sources?
        ___ yes  √ no

If you answered "yes" to any of the above questions, describe each source of money and state the amount received from each during the past twelve months.

4. Do you own any cash, or do you have money in checking or savings accounts?
    ___ yes  √ no

If the answer is "yes" state the total value of the items owned?

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Sat. 14. 2020       *Jordan A. Goodwin*
              Date                      Signature of Applicant




Cleveland Cuyahoga County Inmate
Jordan. A. Goodwin #0300256
P.O. box 5600
Cleveland, OHIO
44101

Civilians Court
301 West Seperio Ave
Cleveland, OHIO 44113